IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:02CR26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PATRICK GRANT DAVIS (2) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS HEREBY ORDERED that defendant's probation is terminated effective immediately. IT IS FURTHER ORDERED that defendant's previous bond is restored.

IT IS SO ORDERED.

Signed: July 5, 2007

Graham C. Mullen
United States District Judge