# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:02CR26

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| PATRICK GRANT DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion. It has been pointed out that the Court's instructions regarding the start of Defendant's house arrest were not included in the J&C. Accordingly, the J&C shall be amended to include the following instructions: "Defendant Davis is to serve his house arrest when designated by the probation officer. However, the Defendant shall not be designated until all appeals are over."

**IT IS SO ORDERED.**

Signed: February 5, 2009

Graham C. Mullen
United States District Judge